# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ESTEBAN PHILLIP ROMERO,

    Petitioner,

v.                                                               No. CV 12-1082 WJ/WDS

TIMOTHY HATCH, WARDEN,

    Respondent.

## ORDER

THIS MATTER having come before the Court on Petitioner's motion to proceed in forma pauperis (Doc. 4), and the Court being fully advised;

IT IS ORDERED that the motion (Doc. 4) is hereby GRANTED, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE