IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESTEBAN PHILLIP ROMERO,

    Petitioner,

v.                                     No. CV 12-1082 WJ/WDS

TIMOTHY HATCH, WARDEN,

    Respondent.

## ORDER

    This matter is before the Court *sua sponte* under rule 4 of the Rules Governing Section 2254 Cases. Petitioner is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. He initiated this proceeding by filing a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus and a Motion to Hold in Abeyance. Respondent will be directed to respond to the Motion to Hold in Abeyance and will not be required to answer Petitioner's § 2254 Petition except on further order after the Court rules on the Motion to Hold in Abeyance.

    IT IS THEREFORE ORDERED that the Clerk is directed to forward copies of this Order, the Petition, and the Motion to Hold in Abeyance (Doc. 2) to Respondent and the New Mexico Attorney General;

    IT IS FURTHER ORDERED that, within fourteen (14) days from entry of this Order, Respondent respond to Petitioner's Motion to Hold in Abeyance; and Petitioner may reply within fourteen (14) days after service of the response.

_____
UNITED STATES MAGISTRATE JUDGE