IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESTEBAN PHILLIP ROMERO,

Petitioner,

v.                                                                  No. CV 12-1082 WJ/WDS

TIMOTHY HATCH, WARDEN,

Respondent.

ORDER STAYING CASE

This matter is before the Court on Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. No. 1) and Petitioner's Motion to Hold in Abeyance. (Doc. No. 2) Petitioner seeks a stay of proceedings in the 28 U.S.C. § 2254 proceeding while he exhausts his habeas claims in state court. The Respondent concurs with Petitioner's motion, and the Court notes that the habeas claims must be exhausted in state court before they may be considered in this federal habeas proceeding. The Court also notes that the state habeas matter has been filed. In the Court's opinion the Petitioner's Motion to Hold in Abeyance is well taken and the motion is granted. The parties are directed to keep the Court informed of the status of the state habeas proceeding.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge